IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ERNEST HOWARD, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | NO. 5:22-CV-000111-MTT-MSH |
| | : | |
| CHIEF JAMES WARD, | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

### ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

*Pro se* Petitioner Ernest Howard, filed an application for federal habeas corpus relief pursuant to 28 U.S.C. § 2254. ECF No. 1. Petitioner requested leave to proceed *in forma pauperis* (ECF No. 2) which was denied due to Petitioner's ability to pay the $5.00 filing fee (ECF No. 4). Petitioner has now filed a motion for this Court to reconsider the denial of his motion to proceed *in forma pauperis*. ECF No. 5. In his motion for reconsideration, Petitioner references his original motion for leave to proceed *in forma pauperis*. *Id*. Petitioner argues that his monthly expenses exceed his income. *Id*. However, in denying Petitioner leave to proceed *in forma pauperis*, the Court reviewed Petitioner's expenses including the $77.00 per month Petitioner states he pays for life insurance. *See* ECF No. 2. The Court also took note that Petitioner is not incarcerated, he owns two vehicles, and he has funds in his bank account. *Id*. Thus, Petitioner presents no new information in his motion for reconsideration that was not previously considered by this Court. Petitioner's motion for reconsideration (ECF No. 5) is **DENIED**. If

Petitioner wishes to proceed with this action, then he shall have **FOURTEEN (14) DAYS** from the date of this Order to pay the $5.00 filing fee.  Failure to comply with this Order will result in the dismissal of Petitioner's petition.  There shall be no service of process in this case until further order of the Court.

    **SO ORDERED**, this 14th day of April, 2022.

                                /s/ Stephen Hyles
                                UNITED STATES MAGISTRATE JUDGE